5:22MJ1299-AMK

# AFFIDAVIT

I, DANIELLE R. GAJEWSKI, a Special Agent (SA) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, being duly sworn under oath, hereby depose and state:

1. I am a law enforcement officer of the United States, and under 18 U.S.C. § 3051. I am empowered by the Attorney General to conduct investigations, enforce criminal, seizure, and forfeiture provisions of the laws of the United States, carry firearms, serve warrants and subpoenas issued under the authority of the United States, make arrests without a warrant for any offense against the United States committed in my presence, and make arrests for a felony offense under the laws of the United States if there are reasonable grounds to believe that the person to be arrested has committed or is committing such a felony.

2. I am employed as a Special Agent with ATF and have been so since April 2021. I am presently assigned to ATF's Cleveland Field Office. I am a graduate of the ATF National Academy, located at the Federal Law Enforcement Training Center in Glynco, Georgia. The ATF National Academy consists of 16 weeks of training regarding subjects such as firearms trafficking, unlawful possession of firearms and ammunition, unlawful dealing in firearms, unlawful possession and/or use of explosives, improvised explosive devices, arson investigations, execution of arrest and search warrants, and criminal procedure. In conducting investigations, I have utilized a variety of investigative techniques and resources, including but not limited to surveillance, confidential informants, controlled purchases, electronic surveillance, exploitation of telephone and social media data, interviews, and the review of financial documents.

3. I am submitting this affidavit in support of a Criminal Complaint and an Application for an Arrest Warrant pursuant to Rules 3 and 4 of the Federal Rules of Criminal Procedure and 18 U.S.C. 3051, authorizing the arrest of **DOMINIC DONALSON**, DOB 04/XX/1981.

4. The facts contained in this Affidavit are based upon my personal knowledge of the investigation, in addition to my general knowledge, training, and experience, and the observations, knowledge, training, and experience of other officers and agents. All observations referenced below that were not personally made by me, were relayed to me by those who made such observations, either verbally or via reports written by those agents and/or officers.

4. This Affidavit contains information necessary to support probable cause for this application. It is not intended to include each, and every fact and matter observed by me or law enforcement or known to the government or serve as verbatim or transcribed accounts of interviews referenced in the affidavit.

## PROBABLE CAUSE

5. On October 23, 2022, Canton Police Department (CPD) Officer Logan Yoder, Officer Curtis Gutscher, and Officer Scott Wohleheter were on the scene of an active police investigation in the area of 1300 Saint Elmo Avenue Northeast, Canton, in the Northern District of Ohio. Officers had the area cordoned off and had restricted vehicle access on Saint Elmo Avenue Northeast. Officer Yoder observed a white Ford Taurus as it attempted to drive around the marked CPD police cruisers which were utilized to block Saint Elmo Avenue Northeast. Officer Yoder stopped the vehicle and contacted the driver, and sole occupant of the vehicle, who was later identified as Dominic DONALSON.

6. Officer Yoder informed DONALSON that the road was closed. Officer Yoder identified the odor of alcohol emanating from the vehicle and observed DONALSON's speech

was slurred. Officer Yoder asked DONALSON if he had been drinking. DONALSON advised Officer Yoder that he had been drinking. Officer Yoder requested DONALSON exit the vehicle to which DONALSON complied. After DONALSON exited the vehicle, Officer Yoder identified the odor of alcohol was coming from DONALSON's person. Officer Yoder requested DONALSON submit to field sobriety tests to which DONALSON denied.

7. Officer Yoder asked DONALSON if DONALSON had any weapons. DONALSON advised Officer Yoder that he had a firearm in the glovebox of the vehicle. Officer Yoder asked DONALSON if DONALSON was legally permitted to possess a firearm to which DONALSON stated he was not. DONALSON was taken into custody at that time.

8. Officer Yoder conducted a record check and confirmed DONALSON was prohibited from possessing a firearm. Additionally, DONALSON was in possession of a suspended driver's license and had an active arrest warrant issued Michigan.

9. During a search incident to arrest, Officer Wohlheter located a Glock, model 19, 9mm caliber, Pistol, bearing serial number BGZA999 under the driver's seat of DONALSON's vehicle. The firearm was found to be loaded with 15 rounds of ammunition. A record check of the firearm's serial number revealed the firearm was reported stolen through CPD under incident number 22-03725.

## CRIMINAL HISTORY

10. I have received certified copies of conviction documents which indicate DONALSON has previous been convicted of a crime punishable by imprisonment for terms exceeding one year, specifically Trafficking in Heroin (F2) on or about October 10, 2012, in Stark County Court of Common Pleas Case 2012CR1333. DONALSON knew he was convicted of this crime and that it was punishable by more than one year.

**INTERSTATE NEXUS**

11. On December 8, 2022, I consulted with ATF SA Jason Petaccio, a Firearm Interstate Nexus Expert, regarding the Glock, model 19, 9mm caliber pistol, bearing serial number BGZA999. SA Petaccio identified the firearm as manufactured outside of the State of Ohio. Thus, the recovered firearm had traveled in interstate and/or foreign commerce.

**CONCLUSION**

12. Based upon the above listed facts and circumstances, I assert there is probable cause that:

A. On or about October 23, 2022, Dominic DONALSON did unlawfully, knowingly possess a firearm, in and affecting interstate or foreign commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18 U.S.C. Section 922(g)(1).

Respectfully submitted,

_____
Danielle R. Gajewski
Special Agent
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Subscribed and sworn to me this _28th__ day of December 2022 via telephone after submission by reliable electronic means. FED. R. CRIM. P. 4.1 and 41(d)(3).

_____
Amanda M. Knapp
U.S. Magistrate Judge